UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-148-1F

UNITED STATES OF AMERICA

v.

DENNIS TAYLOR

ORDER

This matter having come before the Court by an unopposed motion of the Office of the Federal Public Defender to reschedule the sentencing hearing, and for good cause shown, it is hereby ORDERED that said hearing shall be **reset for Tuesday, April 26, 2016 at 10 o'clock in the morning in Wilmington, North Carolina**.

This the _18_ day of April, 2016.

_____
JAMES C. FOX
Senior United States District Judge