IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-148-F

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DENNIS TAYLOR | ) |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on September 28, 2015, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm and ammunition used in knowing violations of 18 U.S.C. §§ 924(c)(1)(A) and 2, to wit:

(a) CZ (Ceska Zbrojovka), Model CZ75 Kadet, 22 caliber pistol made in Czechoslovakia, serial number AP3442

(b) Smith & Wesson, Model SD9VE, 9 mm pistol, serial number HES5756

(c) Ruger, Model 10/22, 22 caliber rifle, serial number 233-39280

(d) Marlin Firearms Company, Model 60, 22 caliber rifle, serial number 193003483.

(e) Chinese, Model SKS, 7.62mm caliber rifle, serial number

1719047

(f) Haskell MGF. (Hi Point Firearms) pistol, Model JHP45, .45 caliber/ serial number X463690

(g) Norinco rifle, Model SKS, 7.62 X 39 caliber, serial numbered 11479687

(h) Browning Arms Company, made in Morgan, Utah, Model Buckmark, 22 caliber, serial number 515NR04100

(i) Harrington & Richardson revolver, model 949, 22 caliber, 9 shot, serial number AF77958

(j) Remington Arms Company pump shotgun, Model 870 Wing Master, 20 gauge, serial number 575836X

(k) Savage Arms Inc. bolt action rifle, Model 93R17, 17 caliber, Made in Canada, Imported by Savage Arms Inc., Westfield, Massachusetts, serial number 1431610

(l) Lorcin Engineering pistol, Model L3801, 380 caliber, serial number 068489

(m) Ruger revolver, model LCR, .38 caliber, serial number 542-37529

(n) Hi-Point Firearms, made by Haskell in Lima, Ohio, model JHP 45 ACP, 45 caliber, serial number 4204407;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal

2

property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant Dennis Taylor, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 28 day of April, 2016.

_____
JAMES C. FOX
Senior United States District Judge